**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

UNITED STATES OF AMERICA

      vs.               :        No. 2:08-MJ-506
                                        MAGISTRATE JUDGE ABEL

CARLOS A. RAMIREZ


<u>**ORDER**</u>


    The United States moves this Court to dismiss the complaint as to Carlos A. Ramirez

    For good cause shown, the Motion to Dismiss the complaint as to CARLOS A. RAMIREZ(Doc. #3) is **GRANTED.**

    **IT IS SO ORDERED.**

                               *s/ MARK R. ABEL*
                                MARK R. ABEL
                                UNITED STATES MAGISTRATE JUDGE


<u>**September 18, 2012**</u>
DATE